UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

DS4

2010 JUL 28 P 3: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

SHAWN T. WALLACE, on behalf of himself
and those similarly situated,

Plaintiffs,

v.                                                    Case No.:    3:09-cv-1198-J20-TEM

DESIGNER EYEWEAR, INC., a
Florida Corporation

Defendant.
_____/

# ORDER

Before this Court is the Parties' Joint Stipulation for Dismissal with Prejudice (Doc. 11, filed July 21, 2010). Accordingly, it is **ORDERED** and **ADJUDGED**:

1. The Parties' Joint Stipulation for Dismissal with Prejudice (Doc. 11) is **GRANTED**. This matter is **DISMISSED with Prejudice**.

2. The Clerk is directed to terminate all pending motions and **CLOSE** the case.

**DONE AND ENTERED** in Jacksonville, Florida, this 28 day of July, 2010

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Carlos V. Leach, Esq.
Patricia Hill, Esq.
Colin Thakkar, Esq.